| | |
|---|---|
| 1 | Jared Walker (CA SB#269029 – *admitted pro hac vice*) |
| 2 | P.O. Box 1777<br>Orangevale, CA 95662 |
| 3 | T: (916) 476-5044<br>F: (916) 476-5064 |
| 4 | jared@jwalker.law |

Attorney for Plaintiff
WALTER VALLINE

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WALTER VALLINE,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>　　　Defendant. | Case No.: 3:25-cv-00230-CSD<br><br>ORDER GRANTING STIPULATION FOR TWO (2) DAY EXTENSION OF TIME FOR PLAINTIFF TO FILE REPLY BRIEF |

　　　IT IS STIPULATED, by and between the parties, through their respective counsel of record, that the time for Plaintiff to file his optional reply brief in support of his motion for summary judgment be extended two (2) days from the original deadline such that Plaintiff's new deadline, with the Court's approval, will be December 22, 2025. Plaintiff intends to submit a reply brief in this matter but his counsel needs a short extension of time to do so due to scheduling conflicts in separate matters and the length of the administrative record in this case.

Dated: December 17, 2025　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Jared Walker*
　　　　　　　　　　　　　　　　　　　　　　　　Jared Walker,
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

-2-

SO STIPULATED:

                                                SIGAL CHATTAH
                                                Acting United States Attorney

Dated: December 18, 2025      By:    /s/ *Angela Thornton-Millard
                                                  (*authorized by email on 12/18/2025)
                                                  ANGELA THORNTON-MILLARD
                                                  Special Assistant United States Attorney
                                                  Office of Program Litigation, Office 7
                                                  Attorneys for Defendant

                                                  <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated: December 19, 2025                         CS&
                                                  HON. CRAIG S. DENNEY
                                                  U.S. Magistrate Judge